UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DR. CHINWE OFFOR,

                              Plaintiff,

-against-

MERCY MEDICAL CENTER, ROCKVILLE
CENTRE DIVISION, CATHOLIC HEALTH
SERVICES OF LONG ISLAND, DR.
SWARNA DEVARAJAN, and DR. JOHN P
REILLY,

                              Defendants.

-------------------------------------------------------X

**MEMORANDUM OF DECISION & ORDER**
2:15-cv-2219 (ADS)(SIL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N.Y.

★ NOV 20 2018 ★

LONG ISLAND OFFICE

## APPEARANCES:

**Ike Agwuegbo, Esq.**
*Attorney for the Plaintiff*
575 Lexington Avenue, 4th Floor
New York, NY 10022

**Nixon Peabody LLP**
*Attorneys for the Defendants*
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753
       By: Christopher G. Gegwich, Esq.
            Tony Garbis Dulgerian, Esq., Of Counsel

**SPATT, District Judge:**

On June 25, 2016, the Court granted the Defendants' motion for sanctions against plaintiff Dr. Chinwe Offor (the "Plaintiff") and her counsel, Ike Agwuegbo, Esq. ("Agwuegbo") for reasonable attorney's fees incurred in connection with the filing of a motion to seal and a related sanctions motion. ECF 47.

1

On August 29, 2018, the Court reviewed a fee application by the Defendants for $25,622.50 in attorney's fees and costs and found the amount to be reasonable. ECF 98. The Court reserved judgment pending a determination on the financial hardship to Agwuegbo. Pursuant to this finding, the Court instructed Agwuegbo to submit appropriate financial information and proof to the Court regarding his alleged inability to pay the sanctions.

On September 19, 2018, Agwuegbo submitted an affidavit regarding the Court's August 29, 2018 order. ECF 100. The affidavit put forward none of the requested financial information regarding Agwuegbo's ability to pay the sanctions. Rather, the affidavit repeated Agwuegbo's disagreement with the initial order awarding sanctions.

Accordingly, the Court the Court finds that Agwuegbo made no showing of financial hardship justifying reduction in the amount of sanctions. Agwuegbo is sanctioned in the amount of $25,622.50. Agwuegbo is directed to make this payment to the Defendants on or before December 21, 2018.

Dated: Central Islip, New York
November 20, 2018

/s/ Arthur D. Spatt

ARTHUR D. SPATT

United States District Judge